SAMUEL MONTANEZ,
*Appellant,*

*v.*

WRIGHT,
*Respondent.*

(CV88-629; CA A60458)

781 P2d 1273

Kurt C. Bendixsen, Hermiston, argued the cause for appellant. With him on the brief was Garry L. Reynolds, P.C., Hermiston.

Wendy Jo Paris, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Plaintiff, an inmate at the Eastern Oregon Correctional Institution, appeals from a summary judgment dismissing his petition for habeas corpus relief. Because the trial court erred in entertaining a motion for summary judgment, *Kinney v. Maass,* 98 Or App 590, 779 P2d 632 (1989); *see Bedell v. Scheidler,* 307 Or 562, 566, 770 P2d 909 (1989); *Lane v. Maass,* 98 Or App 75, 778 P2d 503 (1989), we reverse and remand.

Reversed and remanded.